UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LAINO, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FOX RESTAURANT CONCEPTS, LLC, an unknown business entity, and DOES 1 through 25, inclusive,<br><br>　　　　　Defendant. | CASE NO. 3:16-cv-00657 GPC-NLS<br><br>Hon. Gonzalo P. Curiel<br>Mag. Nita L. Stormes<br><br>**ORDER RE JOINT MOTION FOR AN ORDER TO DISMISS THE ENTIRE ACTION WITH PREJUDICE**<br><br>Not. of Removal Filed: Mar. 16, 2016<br>Trial Date: None Set |

Ford & Harrison LLP
Attorneys At Law
Miami

WSACTIVELLP:8478479.1

ORDER
CASE NO. 3:16-CV-00657-GPC-NLS

# ORDER

PURSUANT TO THE JOINT MOTION OF THE PARTIES, IT IS HEREBY ORDERED that:

1. The claims of Plaintiff Anthony Laino are dismissed WITH PREJUDICE.
2. All Parties will bear their respective fees and costs related to this case.

Dated: June 14, 2016

*[signature]*
Hon. Gonzalo P. Curiel
United States District Judge